# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO A. FONSECA RONDON,<br>Petitioner,<br>v.<br>WARDEN GOLDEN STATE ANNEX,<br>Respondent. | Case No. 1:26-cv-04789-JLT-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS REPORT REGARDING BIA APPEAL |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On July 15, 2026, Respondent filed a response, arguing that Petitioner is "an 'applicant for admission' who is subject to mandatory detention by ICE under 8 U.S.C. § 1225(b)(2)." (ECF No. 11 at 2.)

A search of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that Petitioner was ordered removed on July 20, 2026, and that an appeal is due by August 19, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited July 28, 2026).

///

///

///

///

Accordingly, the Court HEREBY ORDERS that on or before August 24, 2026, Respondent SHALL FILE a status report informing the Court whether Petitioner filed an appeal with the Board of Immigration Appeals.

IT IS SO ORDERED.

Dated: **July 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge